UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION
Case No. 08-14158-CIV-GRAHAM/LYNCH

LEONARDO IBARRA, and
all similarly situated
individuals,

    Plaintiffs,

vs.

RIVERSTONE COMMUNITIES, LLC,
a Florida corporation,

    Defendant.
_____/

**CLOSED CIVIL CASE**

## ORDER

**THIS CAUSE** comes before the Court upon the Notice of Pending Settlement [D.E.s 19 and 20] indicating that a settlement has been tentatively reached between the parties in this matter.[1] Based thereon,

**THE PARTIES** are hereby notified that, within twenty (20) days of the date of this Order, they must file a Stipulation or Notice of Dismissal, Settlement Agreement, or any other pertinent document necessary to conclude this action. In connection therewith, the parties were previously advised that all settlement agreements in FLSA cases for back wages in this Court will be public documents and must be filed with a settlement stipulation before such agreement will be approved. A settlement agreement must be filed

---

[1] According to the Mediation Report [D.E. 20-2], it appears that the global settlement in this cause also included the settlement of a worker's compensation claim, among other things.

with the Court in order to secure the Court's approval and, upon filing, the settlement agreement will become a public record. [See D.E. 3.] It is further

**ORDERED AND ADJUDGED** that this action shall be **CLOSED** for administrative purposes, and any pending motions are **DENIED** as moot. It is further

**ORDERED AND ADJUDGED** that the Court retains jurisdiction for sixty (60) days to enforce the terms of any Settlement Agreement.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 12th day of August, 2008.

DONALD L. GRAHAM
UNITED STATES DISTRICT JUDGE

cc: U.S. Magistrate Judge Lynch
    Counsel of Record